UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYRON JONES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Case No. 3:21-CV-02711-X-BK |
| | § | |
| SHELBY COUNTY SHERIFF | § | |
| DEPARTMENT and SHELBY MOB, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [Doc. No. 8]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Court will dismiss this action with prejudice.

**IT IS SO ORDERED** this 14th day of December, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1